Eugene P. Sands, State Bar No. 171504
Carter Sands, LLP
24025 Park Sorrento, Suite 327
Calabasas, CA 91302
Tel: (818) 914-5585
Fax: (818) 473-4230

Attorneys for Defendant Daniel P. Murphy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD UNDERHILL, | CASE NO.: 16 CV 1598 AJB WVG |
| Plaintiff, | Judge: Hon. Jacqueline Nguyen |
| vs. | CERTIFICATE OF SERVICE |
| DANIEL P. MURPHY and STEVEN KORNBLUM | |
| Defendants. | |

To All Parties and their Attorneys of Record Herein:

I hereby certify that on July 20, 2016, I electronically filed the following documents with the clerk of the court of the United States District Court for the Southern District of California via the CM/ECF system:

(1) Answer of Defendant Daniel P. Murphy.

1  I certify that on July 27, 2016, service of the Answer on Plaintiff Rod Underhill was

2  accomplished by email and U.S. mail.

5  Dated: July 27, 2016                    Carter Sands, LLP

                                           By:   /s/ Eugene P. Sands

                                                 Eugene P. Sands
                                                 Attorneys for Defendant
                                                 DANIEL P. MURPHY